OFFICE OF DISCIPLINARY COUNSEL *v.* KING.

[Cite as Disciplinary Counsel *v.* King (1989), 46 Ohio St. 3d 604.]

(No. D.D. 87-26—Submitted October 11, 1989—Decided November 1, 1989.)

The application for reinstatement to the practice of law is granted. Stephen Warren King is reinstated to the practice of law in the state of Ohio.

(For earlier case, see [1988], 37 Ohio St. 3d 77, 523 N.E. 2d 857.)

SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., not participating.